IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02688-WYD-PAC

SMARTSTOP, INC.,

    Plaintiff(s),

v.

AT&T CORP., and
AT&T COMMUNICATIONS, INC.,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Stipulation and Protective Order [filed August 3, 2005] is **GRANTED** as follows:

The attached Stipulation and Protective Order is made an Order of the Court this date.

Dated:  August 9, 2005