IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-2688-WYD-PAC

SMARTSTOP, INC.,

    Plaintiff(s),

v.

AT&T CORPORATION; and
AT&T COMMUNICATIONS, INC.,

    Defendant(s).

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff Smartstop, Inc.'s Motion for Leave to File Supplemental Authority (#35), filed June 27, 2005; Plaintiff Smartstop, Inc.'s Motion for Leave to File Supplemental Authority (#36), filed June 28, 2005; and Defendants' Motion for Leave to File Supplemental Authority (#37), filed June 28, 2005, are **DENIED AS MOOT** based on the fact that the cited authorities were presented to this Court at a motions hearing and considered by the Court in its Order of July 1, 2005.

    Dated:  October 20, 2005

                                                s/ M. Brooke McKinley
                                                Law Clerk to
                                                Wiley Y. Daniel
                                                U. S. District Judge