IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-2688-WYD-PAC

SMARTSTOP, INC.,

    Plaintiff,

v.

AT&T CORPORATION; and
AT&T COMMUNICATIONS, INC.,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Notice of Dismissal (# 80), filed March 16, 2006.  Having reviewed the Notice and being fully apprised in the premises, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE** without costs or fees to any party.

    Dated:  March 17, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge